

**Robert T. Maldonado**
Robert.Maldonado@WolfGreenfield.com
direct dial 212.849.3339

January 5, 2023

<u>**VIA ECF**</u>

Hon. Jennifer L. Rochon
United States District Court Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *BB Trade Estonia OÜ v. Meyers Research LLC and HW Holdco LLC d/b/a Zonda Homes*, Civil Action No. 22-CV-06895 (JLR)

Dear Judge Rochon:

    Pursuant to Section 1(F) of the Court's Individual Rules of Practice in Civil Cases, we write on behalf of all parties to jointly move to adjourn the initial pretrial conference, currently scheduled for January 18, 2023, by at least 30 days. The parties propose February 17, 22, and 28, 2023 as alternative dates for the conference. The parties respectfully request this extension because they are in the process of negotiating a potential settlement and need additional time in which to finalize the terms of the agreement. This is the first such request for an extension.

    Defendants Meyers Research LLC and HW Holdco LLC d/b/a Zonda Homes also respectfully request a 30-day extension of time to respond to the Complaint, from January 9, 2023 up through and including February 9, 2023. Plaintiff BB Trade Estonia OÜ consents to this extension request. This is the first such request for an extension.

    Thank you for Your Honor's consideration of the foregoing requests.

The request is GRANTED. The January 18, 2023 conference is adjourned to **February 22, 2023** at **2:00PM**. Defendants shall answer or otherwise respond to the complaint by **February 9, 2023**.

SO ORDERED

Dated: January 6, 2023
New York, New York

*/s/ Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

Respectfully submitted,

/s/ *Robert T. Maldonado*
Robert T. Maldonado (RM-7873)
Wolf Greenfield & Sacks, PC

*Counsel for Plaintiff*

    cc: James J. Saul <james.saul@faegredrinker.com> (via email)
        Counsel for Defendants