The request is GRANTED. The February 22, 2023 conference is adjourned to **April 5, 2023** at **2:00PM**. Defendants shall answer or otherwise respond to the complaint by **March 13, 2023**.

Dated: February 5, 2023
New York, New York

SO ORDERED

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge



**Robert T. Maldonado**
Robert.Maldonado@WolfGreenfield.com
direct dial 212.849.3339

February 3, 2023

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    *BB Trade Estonia OÜ v. Meyers Research LLC and HW Holdco LLC d/b/a Zonda Homes*, Civil Action No. 22-CV-06895-JLR

Dear Judge Rochon:

      Pursuant to Section 1(F) of the Court's Individual Rules of Practice in Civil Cases, we write on behalf of all parties to jointly request the initial pretrial conference, currently scheduled for February 22, 2023 at 2:00PM EST, be adjourned by at least 30 days. The parties propose March 29, 2023 or April 4 or 5, 2023, as alternative dates for the conference. The parties respectfully request this extension as they continue to negotiate potential settlement and need additional time to finalize the terms of the agreement. The parties are near a resolution and are formalizing the terms of the agreement. This is the second such request for an extension. The previous request for an extension was granted.

      Defendants Meyers Research LLC and HW Holdco LLC d/b/a Zonda Homes also respectfully request a 30-day extension of time to respond to the Complaint, currently set for February 9, 2023, given the settlement discussions. Defendants request that they be granted until March 13, 2023 to answer or otherwise respond to the complaint. Plaintiff BB Trade Estonia OÜ consents to this extension request. This is the second such request for an extension. The previous request for an extension was granted.

      Thank you for Your Honor's consideration of the foregoing requests.

                        Respectfully submitted,

                        /s/ *Robert T. Maldonado*
                        Robert T. Maldonado (RM-7873)
                        *Counsel for Plaintiff*

cc: James J. Saul <james.saul@faegredrinker.com> (via email)
    Counsel for Defendants